AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JERAMIAH COLLINS<br>*Plaintiff*<br>v.<br>SCHULER'S BAKERY, INC.<br>*Defendant* | )<br>)<br>) Civil Action No. 3:21-cv-276<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint is dismissed without prejudice; this case is terminated on the Court's Docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion
   to Dismiss for Lack of Prosecution by Defendant, Schuler's Bakery, Inc

Date:  12 July 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*